# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00596-CV

**Dominique Beasley, Appellant**

**v.**

**Quail Creek Apartments, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-13-006757, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On August 30, 2013, appellant filed her notice of appeal. The clerk's record was filed on September 27, and on October 21, the court reporter informed us that appellant had not requested the reporter's record. On December 10, we sent appellant notice that the record had not been requested, informing her that, if she did not respond by December 20, we would consider the appeal without the reporter's record and her brief would be due on January 9, 2014. *See* Tex. R. App. P. 37.3(c). Appellant did not respond or arrange for the reporter's record to be filed, and on February 13, we sent appellant notice that her brief was overdue. We informed appellant that if she did not file her brief or otherwise respond by February 24, her appeal would be subject to dismissal. To date, appellant has not responded to our notifications, nor has she filed her brief. We therefore dismiss the appeal for want of prosecution. *Id.* R. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Prosecution

Filed:   March 28, 2014